IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERNEST ADIMORA-NWEKE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1048-DII |
| STEVEN C. MCGRAW, *Director of Texas Department of Public Safety*, TEXAS DEPARTMENT OF PUBLIC SAFETY, HON. JUDGE LYNN HUGHES, *in her Official Capacity* | § § § § § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

On this date, the Court entered an order dismissing Plaintiff's claims with prejudice. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on October 18, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE